# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

ENGAJER INC.,
Plaintiff,

v.

MICROSOFT CORPORATION, OPENAI, LP, SOUL MACHINES, INC., META PLATFORMS, INC., AND DOES 1 - 10,
Defendants.



FILED BY ⟨⟨⟩⟩ D.C.
MAR 1 2 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case No. [To be assigned by the Court]

## MOTION FOR SUMMARY JUDGMENT OF PATENT INFRINGEMENT

Plaintiff, **Engajer Inc.**, respectfully submits this Motion for Summary Judgment of Patent Infringement against Defendants **Microsoft Corporation, OpenAI, LP, Soul Machines, Inc., Meta Platforms, Inc.,** and **Does 1 - 10,** and in support thereof, states as follows:

### 1. Introduction

Plaintiff **Engajer Inc.** is the owner of **U.S. Patent No. 10,956,965 B2**, entitled **"System and Method for Managing and Processing Data"**, which was issued on **March 30, 2021**. Plaintiff has accused Defendants of infringing this patent by manufacturing, selling, and/or offering for sale products or services that fall within the scope of the patent claims. For the reasons set forth below, Plaintiff respectfully requests the Court grant summary judgment in favor of Plaintiff, as there is no genuine dispute of material fact, and Defendants' actions clearly constitute patent infringement.

### 2. Background

Plaintiff **Engajer Inc.** is a company that provides an interactive online video platform enabling brands to create and distribute engaging video content while measuring audience engagement levels. Plaintiff's patent, **U.S. Patent No. 10,956,965 B2**, covers a **"System and Method for Managing and Processing Data"**. The patent was issued by the United States Patent and Trademark Office on **March 30, 2021**.

Defendants **Microsoft Corporation, OpenAI, LP, Soul Machines, Inc., Meta Platforms, Inc.,** and **Does 1 - 10** are being accused of infringing Plaintiff's patent through their respective use, manufacture, and/or sale of products or services, including but not limited to the following:

- **Microsoft Corporation**: A technology company providing software, hardware, and cloud services. Known for products like Windows, Office, Azure (cloud services), and AI technologies integrated into its offerings.
- **OpenAI, LP**: An artificial intelligence research organization that develops advanced AI models and products, including language models like GPT (e.g., ChatGPT) and DALL·E, as well as AI-based tools and APIs for various applications.
- **Soul Machines, Inc.**: A company specializing in creating lifelike AI-driven digital humans and avatars, using advanced AI to simulate emotional and conversational interactions for customer service, entertainment, and other industries.
- **Meta Platforms, Inc.**: A social media and technology company that owns platforms like Facebook, Instagram, and WhatsApp, and is involved in the development of AI technologies, virtual reality (VR), and the metaverse.
- **Does 1 - 10**: Placeholder for unnamed defendants, representing additional parties that may be involved but are not yet identified.

### 3. Defendants' Infringement

Plaintiff asserts that Defendants' respective products/services infringe at least one claim of Plaintiff's patent. A detailed comparison of the claims and the accused products/services reveals that Defendants' actions directly infringe each and every element of at least one claim of the patent.

### 4. Conclusion

For the reasons set forth above, Plaintiff respectfully requests that the Court grant this Motion for Summary Judgment of Patent Infringement and enter judgment in favor of Plaintiff.

Plaintiff further requests that the Court award appropriate relief, including, but not limited to, an injunction, damages, and any other relief that may be just and proper under the circumstances.

### 5. Prayer for Relief

WHEREFORE, Plaintiff prays for the following relief:

1. Summary judgment in favor of Plaintiff on the issue of patent infringement;
2. An injunction prohibiting Defendants from further infringing Plaintiff's patent;
3. Damages for Defendants' infringement of Plaintiff's patent, including any applicable enhanced damages under 35 U.S.C. § 284;
4. Any other relief deemed just and proper by the Court.

Respectfully submitted,
**ENGAJER INC**