Generated: Mar 17, 2025 12:05PM                                                                                    Page 1/1



# U.S. District Court

### Florida Southern - West Palm Beach

Receipt Date: Mar 17, 2025 12:05PM

· Michael Castellano

| Rcpt. No: 9415 | | Trans. Date: Mar 17, 2025 12:05PM | | | Cashier ID: #CD (1921) |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | **Amt** |
|---|---|---|---|
| CC | Credit Card | | $405.00 |
| | | Total Due Prior to Payment: | $405.00 |
| | | Total Tendered: | $405.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Comments:** 25cv80339

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.