IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 25CV80339



FILED BY _____ D.C.

MAR 25 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Engajer Inc.,
Plaintiff,

v.

Microsoft Corporation, Openai, L.P., Soul Machines, INC., Meta Platforms, INC., And DOES 1-10,
Defendant.

**MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL**

COMES NOW, ENGAJER INC, Plaintiff in the above-captioned matter, and respectfully requests this Honorable Court to grant an extension of time to retain counsel to properly represent him in this case. In support of this motion, Plaintiff states the following:

**I. INTRODUCTION**
The Court issued an order requiring the Plaintiff to retain counsel and appear before this Court by no later than March 26, 2025, in order to proceed with the present litigation. However, due to circumstances beyond the Plaintiff's control, including but not limited to difficulties in securing legal representation in a timely manner, Plaintiff respectfully requests an extension of this deadline. The requested extension is necessary for Plaintiff to retain competent legal representation and to ensure that he has an adequate opportunity to present his case in a manner that respects his constitutional rights to due process and a fair trial under the Sixth and Fourteenth Amendments to the United States Constitution.

**II. LEGAL STANDARD**
Under Rule 6(b) of the Federal Rules of Civil Procedure, the Court has the discretion to extend any deadline for good cause, and the Court may do so even after the expiration of the original time frame if the Plaintiff shows excusable neglect. Rule 6(b)(1)(B) provides:

"When an act may or must be done within a specified time, the court may, for good cause, extend the time:
(B) on motion made after the time has expired if the party failed to act because of excusable neglect."

Additionally, the Florida Rules of Civil Procedure, particularly Rule 1.090(b), which applies to deadlines and extensions, grant the Court broad discretion in extending deadlines for good cause shown. The need to ensure a fair trial and the Plaintiff's access to competent legal representation should be considered good cause for the extension of the deadline in this instance.

### III. ARGUMENT

Plaintiff submits that an extension of the deadline is necessary and appropriate under the circumstances for the following reasons:

Efforts to Retain Counsel: Plaintiff has made diligent efforts to retain counsel but has faced significant challenges due to limited availability of qualified attorneys. These efforts have been documented through communications with multiple law firms and legal professionals, and Plaintiff is confident that representation can be secured within the requested extension period.

The Right to Adequate Representation: Plaintiff's constitutional right to effective assistance of counsel and to a fair trial under the Sixth and Fourteenth Amendments cannot be overstated. A failure to extend the deadline for securing legal representation would result in a denial of Plaintiff's right to a full and fair defense in the present case.

No Prejudice to Defendant: Granting the requested extension will not prejudice the Defendant. The Defendant will not be disadvantaged by a short delay in the proceedings, and an extension will allow for a more orderly and effective adjudication of the case. In contrast, denying the extension would severely impair Plaintiff's ability to mount an adequate defense.

Public Policy Favoring Access to Legal Representation: The public policy of the State of Florida and the Federal Government favors ensuring that all litigants, regardless of financial or logistical circumstances, have access to competent legal counsel. This is a fundamental right, and as such, the Court is urged to grant this extension to preserve the integrity of the legal process and Plaintiff's rights.

### IV. REQUEST FOR RELIEF

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant a reasonable extension of time, no less than thirty (30) days from the current deadline, to retain counsel. This extension will provide Plaintiff with sufficient time to secure legal representation and proceed with the case in accordance with the rules and procedures of this Court.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

Extend the deadline to retain counsel and file an appearance
Grant any further relief the Court deems just and proper.
Dated this 25 days of March, 2025.

Respectfully submitted,

*[signatures]*

ENGAJER INC.
MICHAEL CHRISTOPHER CASTELLANO
Plaintiff, Pro Se
3300 S. Dixie Hwy Ste. 1-277
West Palm Beach, FL 33405
+1 (408) 916-7201


CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to Retain Counsel has been delivered to Honorable United States District Court Southern District Of Florida on this 25 days of March, 2025.


ENGAJER INC.