IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 25CV80339



FILED BY _____ D.C.

APR 0 3 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Engager Inc.,
Plaintiff,

v.

Microsoft Corporation, Openai, L.P., Soul Machines, INC., Meta Platforms, INC., And DOES 1-10
Defendant

## MOTION FOR THE APPOINTMENT OF COUNSEL

To the Honorable Court:

I, **Michael Castellano**, president of **ENGAJER INC**, plaintiff in this case, respectfully submitted this motion to request that the Court consider appointing counsel to represent our company in this ongoing litigation.

### I. Reason for the Request

On March 12, 2025, I filed a complaint for patent infringement against Microsoft Corporation, OpenAI L.P., Soul Machines, Inc., Meta Platforms, Inc., and Does. At the time, I was unaware that legal representation would be required for a case of this nature. Based on my understanding of the relevant rules, I believed that I was permitted to represent ENGAJER INC without an attorney in this matter.

Upon being informed by the Court that legal representation was necessary to proceed with the case, I made efforts to retain counsel. However, despite my best efforts, I have been unable to secure legal representation within the time provided by the Court.

### II. Legal Basis for the Request

Under Rule 17 of the Federal Rules of Civil Procedure, a party has the right to represent itself in a case, but the Court has discretion to appoint counsel in cases involving complex legal issues, especially where the party's inability to secure counsel could hinder the proper conduct of the case. Although I initially believed that self-representation was permissible, the complexities of this litigation, involving patent infringement and related intellectual property law, necessitate professional legal assistance.

Furthermore, the 28 U.S. Code § 1915 gives the Court the authority to appoint counsel for a party in cases where they are unable to obtain representation due to various circumstances,

particularly when the case involves complex legal matters such as those present in patent litigation. As established in Mallory v. Eyrich, 922 F.2d 1273 (6th Cir. 1991), the appointment of counsel is warranted in cases involving substantial legal complexity, such as those related to intellectual property rights.

### III.   Complexity of the Case

This case involves a patent infringement claim, which is inherently technical and requires specialized knowledge of patent law. Navigating the procedural and substantive complexities of this type of litigation is challenging without legal expertise. ENGAJER INC requires counsel who can competently handle these technical issues and ensure that the company is adequately represented in this matter, especially against well-resourced defendants with their own legal teams.

The legal issues at stake, particularly in the realm of intellectual property, are complex and require the skills and experience of an attorney familiar with patent law and the procedures involved in such lawsuits. Without professional legal assistance, ENGAJER INC risks being at a severe disadvantage in this case.

### IV.   Legal Precedents Supporting the Request

The Court's discretion to appoint counsel in such cases is well-established in federal law. As noted in Johnson v. Rodgers, 202 F.3d 1230 (11th Cir. 2000), courts may appoint counsel where a litigant faces significant legal or procedural challenges that may impair the fairness of the proceedings. The Federal Rules of Civil Procedure also provide support for appointing counsel in cases where the complexity of the issues justifies such an action.

The importance of ensuring fair access to justice and ensuring that parties can adequately present their case is a fundamental principle that guides such decisions. Courts have routinely recognized that in cases involving technical issues like patent infringement, legal representation is necessary for effective participation.

### V.   Request for Court Appointment of Counsel

In light of the above, I respectfully request that this Honorable Court consider appointing counsel to represent ENGAJER INC in this litigation. Given the technical nature of the case, the complexity of patent law, and the inability to secure counsel within the prescribed time, the appointment of legal representation is necessary to ensure that our company can effectively pursue its claim and protect its legal rights.

### VI.   Conclusion

I sincerely appreciate the Court's consideration of this request and ask that the Court appoint counsel to represent ENGAJER INC in this matter. I remain available to provide any further information or documentation that may assist the Court in making this determination.

*[signature]*

Date: April 2nd, 2025
ENGAGER INC
Signature of Plaintiff:
Michael Castellano
3300 S. Dixie Hwy Ste. 1-277
West Palm Beach, FL 33405
+1 (408) 916-7201

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing Motion for the Appointment of Counsel has been delivered to the Honorable United States District Court for the Southern District of Florida on this 3rd day of April, 2025.

**ENGAGER INC.**