IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Caso No. 25CV80339



FILED BY _____ D.C.

APR 0 8 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ENGAGER INC.,
Plaintiff,

v.

Microsoft Corporation, Openai, L.P., Soul Machines, INC., Meta Platforms, INC., And DOES 1-10
Defendant.

To the Honorable Court:

**MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL**

Engajer Inc., the Plaintiff in the above-captioned matter, respectfully moves this Honorable Court for a two-week extension of time to retain legal counsel. In support of this motion, Plaintiff states as follows:

1. **Lack of Legal Representation**: Plaintiff currently lacks legal representation and acknowledges that, as a corporation, it is prohibited from proceeding before this Court without counsel. This absence of representation has hindered the Plaintiff's ability to meet the established procedural deadlines.

2. **Diligent Efforts to Retain Counsel**: The Plaintiff has been actively and diligently seeking qualified legal representation. Discussions have been held with multiple law firms, and several firms have thoroughly reviewed the case. The Plaintiff is in the final stages of the selection process. However, due to the intricacy of the matter and the need for a comprehensive evaluation by the prospective counsel, the process has taken more time than initially anticipated.

3. **Challenges Due to the Complexity of the Case and Time Constraints**: This case involves complex issues pertaining to intellectual property and patent law, requiring specialized legal expertise. Securing competent legal counsel is of paramount importance to ensure that the Plaintiff's interests are properly represented. The additional two-week period is necessary to allow sufficient time for the Plaintiff to finalize negotiations, complete the necessary evaluations, and organize the documentation required for counsel to take full responsibility for the case. Rushing this process could compromise the quality and effectiveness of the legal representation. Therefore, the requested extension is essential to facilitate a comprehensive and thoughtful approach to the case, enabling counsel to develop an

appropriate strategy and ensure full compliance with all procedural requirements.

4. **Importance of the Requested Two-Week Extension**: The Plaintiff respectfully submits that the requested two-week extension is reasonable and necessary to allow legal counsel adequate time to assume responsibility for the case with the professionalism and diligence it warrants. Legal representation of the highest quality requires time for counsel to thoroughly review the facts, assess the applicable law, and develop a coherent and effective legal strategy. The requested extension will ensure that this critical process is not rushed and that the Plaintiff is afforded the benefit of competent legal representation. Furthermore, this extension will provide the Plaintiff with the opportunity to comply with all necessary procedural requirements without undue haste.

5. **Commitment to Procedural Compliance**: The Plaintiff remains fully committed to adhering to all deadlines and procedural requirements and seeks this brief extension solely to secure competent legal counsel. This extension is crucial to ensuring that the case is properly and effectively addressed, safeguarding the Plaintiff's rights in the process.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court:

- Grant a two-week extension to allow the Plaintiff to retain legal counsel;
- Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: April 8, 2025
Engajer Inc.
By: /s/ Michael Christopher Castellano
3300 S. Dixie Hwy Ste- 1-277
West Palm Beach, FL 33405
+1 (408) 916-7101