IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Caso No. 25CV80339

FILED BY _____ D.C.

APR 1 4 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

ENGAGER INC.,
Plaintiff,

v.

Microsoft Corporation, Openai, L.P., Soul Machines, INC., Meta Platforms, INC., And DOES 1-10
Defendant.

To the Honorable Court:

### MOTION FOR EXTENSION OF TIME TO RETAIN COUNSEL

Plaintiff Engajer Inc., by and through its undersigned representative, respectfully submits this Motion for Extension of Time to Retain Legal Counsel, and in support thereof, states as follows:

1. **Corporate Representation Requirement**

As a corporate entity, Engajer Inc. is aware that it is legally required to be represented by licensed counsel in this Court. The Plaintiff has acted in good faith, diligently and continuously attempting to secure legal representation in full compliance with this requirement.

2. **Efforts to Retain Counsel Through Litigation Financing**

Due to the significant financial costs associated with complex patent litigation, Engajer Inc. has engaged with multiple litigation financing companies in order to obtain the necessary resources to retain qualified legal counsel. Specifically:

- The Plaintiff has executed non-disclosure agreements (NDAs) with several funding entities.
- The case has been formally submitted and is under active review by the legal teams of these entities.
- These reviews are critical steps that must be completed before funding can be approved and disbursed.

3. **Litigation Financing Process and Timeline**

The standard litigation financing process includes the following stages:

- Initial Case Screening and NDA Execution: Approximately 5 business days. This phase includes the preliminary review of the case by the funding entities and the execution of confidentiality agreements (NDAs).

- Comprehensive Legal Review and Risk Analysis: Approximately 15 business days. This stage involves a thorough review of the case by the funding entities' internal legal teams and a risk analysis.

- Internal Committee Review and Approval: Approximately 10 business days. This is the period required for the funding entities' internal committee to review the case and approve the funding.

- Counsel Engagement and Fund Disbursement: Approximately 6 business days. This phase involves the formal engagement of legal counsel and the disbursement of funds necessary to initiate the representation.

Given that these companies operate exclusively on business days, the full cycle typically requires 36 business days, which is equivalent to 8 calendar weeks.

### 4. Challenges in Securing Patent-Specific Counsel

Upon approval of funding, the Plaintiff is prepared to retain counsel immediately. However, this case involves patent law, which presents unique challenges:

- Technical Complexity: Patent litigation requires a high level of legal and scientific expertise.
- Limited Pool of Patent Attorneys: The number of attorneys registered with the USPTO in Florida is limited, especially when compared to other legal specialties.
- High Costs: Due to the specialized nature of patent cases, legal fees are typically much higher than those in conventional litigation, which presents a significant financial challenge.

These factors underscore the need for additional time to secure appropriate representation.

### 5. Importance of This Case to the Plaintiff

The Plaintiff wishes to highlight to the Court the personal and professional importance of this case. Engajer Inc. was founded on the principles of innovation and intellectual property, and this action is a critical step in protecting those interests.

As such, the Plaintiff approaches this process with complete transparency, out of respect for this Court and the judicial system. This request is not made for purposes of delay, but because of a sincere commitment to ensuring appropriate legal representation and to conducting all proceedings with the thoroughness and professionalism this case warrants.

It is of utmost importance to the Plaintiff to be afforded a fair opportunity to be heard with the benefit of competent legal representation, as guaranteed under the Due Process Clause of

the U.S. Constitution and Florida state law. The Plaintiff simply seeks the necessary time to secure such representation and to ensure that it is exercised effectively.

### 6. Request for Extension Until June 16, 2025

The Plaintiff respectfully requests that the Court extend the current deadline to Monday, June 16, 2025. This modest extension will allow:

- The completion of litigation financing; and
- The formal engagement of counsel, including adequate time for the attorney to prepare and enter an appearance in this matter.

This proposed date accounts for the typical timeline for the financing process and includes sufficient time for the post-financing period necessary to secure competent legal representation.

### 7. Good Faith, Judicial Respect, and Procedural Compliance

This motion is filed in good faith, with full respect for the authority of this Honorable Court and the orderly administration of justice. The Plaintiff is fully committed to complying with all procedural deadlines and requirements. This extension is not sought to inconvenience the Court, but rather to ensure that the Plaintiff fulfills its obligations properly and preserves its constitutional right to be heard in this complex and highly technical matter.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court:

1. Grant an extension of time through Monday, June 16, 2025, for the Plaintiff to secure litigation funding and retain qualified legal counsel; and
2. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date: April 14, 2025
Engajer Inc.
By: /s/ Michael Christopher Castellano
3300 S. Dixie Hwy Ste- 1-277
West Palm Beach, FL 33405
+1 (408) 916-7101